**No. 57280.**—Freedman & Slater, Inc. *v.* United States, protests 193566–K, 196896–K (A), and 196983–K (B) (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of hair of the vicuna in the grease, not scoured, the claim of the plaintiff was sustained.